PROB 12A(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Caesar Glenn

Cr.:97-562-01
PACTS #:18355

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, United States District Judge

Date of Original Sentence: July 1, 1998

Original Offense: Possession of a Firearm by a Convicted Felon, Title 18, Section 922(g)(1)

Original Sentence: 120 months prison, 3 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: September 1, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On April 23, 2008, Newark Police charged the offender with Sale of Loose Cigarettes (violation of a city ordinance). Glenn did not notify his probation officer that he was arrested or questioned by police within 3 days or at any time thereafter. |
| 2. | On June 23, 2008, Glenn falsified his written supervision report for April 2008 in that he responded he had not been arrested or questioned by police in that month. |

U.S. Probation Officer Action:
The officer will increase contact with the offender, and he will be prohibited from the area of Avon Avenue, Newark, New Jersey (except for school, training or employment).

Respectfully submitted,

By: Thomas Stone
Senior U.S. Probation Officer
Date: 4/17/09

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: **To Serve as a Letter of Reprimand**

Signature of Judicial Officer

4-27-09
Date